**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:13-CV-489-MOC-DCK**

| | |
|---|---|
| **RICHARD D. ANDERSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    **ORDER** |
| | ) |
| **UNITED STATES LIFE INSURANCE** | ) |
| **COMPANY, AMERICAN MEDICAL** | ) |
| **ASSOCIATION INSURANCE AGENCY,** | ) |
| **INC., and AMERICAN GENERAL LIFE** | ) |
| **INSURANCE COMPANIES,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) filed by D.J. O'Brien III, concerning Jessica Lynne Wilson on September 9, 2013. Ms. Jessica Lynne Wilson seeks to appear as counsel *pro hac vice* for Defendants, The United States Life Insurance Company in the City of New York, AMA Insurance Agency, Inc., and American General Life Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) is **GRANTED.** Ms. Jessica Lynne Wilson is hereby admitted *pro hac vice* to represent Defendants, The United States Life Insurance Company in the City of New York, AMA Insurance Agency, Inc., and American General Life Insurance Company.

**SO ORDERED**.

Signed: September 10, 2013

David C. Keesler
United States Magistrate Judge