IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-489-MOC-DCK

| | |
|---|---|
| **RICHARD D. ANDERSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **UNITED STATES LIFE INSURANCE** ) | |
| **COMPANY, AMERICAN MEDICAL** ) | |
| **ASSOCIATION INSURANCE AGENCY,** ) | |
| **INC., and AMERICAN GENERAL LIFE** ) | |
| **INSURANCE COMPANIES,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Request For Reconsideration Of Plaintiff's Motion To Substitute Second Amended Complaint For Amended Complaint" (Document No. 20) filed October 8, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of counsel for Defendants, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Request For Reconsideration Of Plaintiff's Motion To Substitute Second Amended Complaint For Amended Complaint" (Document No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that "Plaintiff's Motion To Substitute The Second Amended Complaint For Amended Complaint" (Document No. 16) is **GRANTED**.

**SO ORDERED**.

Signed: October 8, 2013

David C. Keesler
United States Magistrate Judge