# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Richard D. Anderson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00489-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| United States Life Insurance Company<br>American General Life Insurance Companies<br>American Medical Association Insurance Agency, Inc.<br>Wells Fargo Bank, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/09/2014 Order.

December 9, 2014

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court